IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| JAMES L. LESTER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No. 3:06-CV-1575-PK <br><br> ~~PROPOSED~~ ORDER and Judgment FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including the following: the administrative law judge (ALJ) will re-evaluate the medical opinions of the State agency physicians, Drs. Jensen, McDonald, and Lahr; re-evaluate Plaintiff's RFC consistent with the medical evidence of record; and continue with the sequential evaluation, re-evaluating Plaintiff's ability to perform other work in the national economy with the assistance of vocational expert testimony, and; as appropriate, the vocational expert should be asked to resolve any discrepancies between jobs and the DOT pursuant to SSR 00-4p.

Page 1     ORDER - [3:06-CV-1575-PK]

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 27th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant United States Attorney
(206) 615-2112
of Attorneys for Defendant